UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF NEW YORK

---------------------------------------X   Case Number: 22-cv-2722

XIAOHUA MA and YUK WING WONG,

                        Plaintiffs,    **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

-against-

UNITED STATES POSTAL SERVICE,
THE UNITED STATES OF AMERICA, and
KEON D. GRAVENHISE,

                        **Defendants.**

---------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs, XIAOHUA MA and YUK WING WONG, and their counsel, Kenneth K. Ho, Esq., hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants, UNITED STATES POSTAL SERVICE, THE UNITED STATES OF AMERICA, and KEON D. GRAVENHISE.

Date: May 27, 2022.

                                                    Kenneth K. Ho, Esq.
                                                    133-51 37th Avenue, 3rd Floor
                                                    Flushing, NY 11354
                                                    Telephone: (718)886-1541
                                                    Fax: (718)762-6913
                                                    kenkhoattorney@yahoo.com